IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **ALOFT MEDIA, LLC,** | |
| **Plaintiff,** | Civil Action No. 6:09-cv-303 |
| v. | |
| **SAP AG,** | **JURY TRIAL DEMANDED** |
| **SAP AMERICA, INC.,** | |
| **ORACLE CORPORATION,** | |
| **ORACLE USA, INC.,** | |
| **GOOGLE, INC.,** | |
| **YAHOO!, INC., AND** | |
| **PROLIFICS, LLC,** | |
| **Defendants.** | |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Michael A. Benefield, of Williams, Morgan & Amerson, P.C., is entering an appearance in this matter for Plaintiff Aloft Media, LLC for the purpose of receiving notices and orders from the Court.

DATED: July 14, 2009

Respectfully submitted,

By: /s/ Michael A. Benefield
Michael A. Benefield
Indiana Bar No. 24560-49
WILLIAMS, MORGAN & AMERSON, P.C.
10333 Richmond, Suite 1100
Houston, Texas 77042
Telephone: (713)934-7000
Facsimile: (713) 934-7011
E-mail: mbenefield@wmalaw.com

1