# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **ALOFT MEDIA, LLC,**<br><br>    **Plaintiff,**<br>**v.**<br><br>**SAP AG,**<br>**SAP AMERICA, INC.,**<br>**ORACLE CORPORATION,**<br>**ORACLE USA, INC.,**<br>**GOOGLE, INC.,**<br>**YAHOO!, INC., AND**<br>**PROLIFICS, LLC,**<br><br>    **Defendants.** | Civil Action No. 6:09-cv-303<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Christopher N. Cravey, of Williams, Morgan & Amerson, P.C., is entering an appearance in this matter for Plaintiff Aloft Media, LLC for the purpose of receiving notices and orders from the Court.

DATED: July 14, 2009                                 Respectfully submitted,

                                                                    By: /s/ Christopher N. Cravey
                                                                    Christopher N. Cravey
                                                                    Texas State Bar No. 24034398
                                                                    WILLIAMS, MORGAN & AMERSON, P.C.
                                                                    10333 Richmond, Suite 1100
                                                                    Houston, Texas 77042
                                                                    Telephone: (713)934-7000
                                                                    Facsimile: (713) 934-7011
                                                                    E-mail: ccravey@wmalaw.com

1