## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| **ALOFT MEDIA, LLC** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| **v.** § | |
| § | **CIVIL ACTION NO. 6:09-CV-303 (LED)** |
| **SAG AG ET AL.,** § | |
| § | |
| **Defendant.** § | |
| § | |
| § | |

### AGREED MOTION OF SAG AG AND SAP AMERICA, INC. FOR EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Defendants SAP AG and SAP America, Inc. ("SAP") file this Agreed Motion for Extension of Time to Answer, Move, or Otherwise Respond Plaintiff's Complaint, and would respectfully show the Court as follows:

WHEREAS plaintiff Aloft Media, LLC filed its original Complaint on July 14, 2009, alleging infringement of U.S. Patent No. 6,832,226;

WHEREAS counsel for SAP agreed to accept service on behalf of SAP on November 3, 2009;

WHEREAS SAP requested to extend the deadline to answer, move, or otherwise respond to plaintiff's Complaint until February 3, 2010; and

WHEREAS the parties have met and conferred, and plaintiff does not oppose this request;

WHEREFORE, PREMISES CONSIDERED, SAP respectfully requests that the time to answer, move or otherwise respond to the Complaint be moved to and include February 3, 2010.

DATED: November 5, 2009

By: */s/* David J. Healey
David J. Healey (Texas Bar No. 09327980)
Benjamin C. Elacqua (Texas Bar No. 24055443)
Fish & Richardson P.C.
One Houston Center – 28th Floor
1221 McKinney
Houston, TX 77010
Telephone: (713) 652-0115
Facsimile: (713) 652-0109
healey@fr.com
elacqua@fr.com

Attorneys for Defendants
SAP AG, SAP AMERICA, INC.

## CERTIFICATE OF SERVICE

          This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on November 5, 2009.


                              /s/ David J. Healey
                              David J. Healey