# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **ALOFT MEDIA, LLC** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | |
| § | **CIVIL ACTION NO. 6:09-CV-303 (LED)** |
| **SAP AG ET AL.,** § | |
| § | |
| **Defendant.** § | |
| § | |
| § | |

## ORDER GRANTING AGREED MOTION OF SAP AG AND SAP AMERICA, INC. FOR EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Before the Court is the Agreed Motion of Defendant SAP AG and SAP America, Inc. for Extension of Time to Answer, Move or Otherwise Respond to Plaintiff's Complaint, and the Court being of the opinion that the same should be GRANTED, it is therefore,

ORDERED that SAP AG and SAP America, Inc. shall answer, move or otherwise respond to Plaintiff's Complaint on or before February 3, 2010.

**So ORDERED and SIGNED this 6th day of November, 2009.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**