# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ALOFT MEDIA, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 6:09-CV-303 (LED) |
| v. | ) |
| | ) JURY TRIAL DEMANDED |
| SAP AG, et al., | ) |
| | ) |
| Defendants. | ) |

## STIPULATED ORDER OF DISMISSAL

Pursuant to the provisions of Fed. R. Civ. P. 41, Plaintiff Aloft Media LLC, by and through its counsel of record, hereby dismisses with prejudice all claims asserted by it against Oracle Corporation and Oracle USA, Inc. in Case No. 6:09-cv-303 captioned above. Each side will bear its own fees and costs.

Respectfully submitted,

/s/ Eric M. Albritton
Eric M. Albritton
Texas Bar No. 00790215
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
Telephone: (903) 757-8449
Facsimile: (903) 758-7397
ema@emafirm.com

*Counsel for Aloft Media, LLC*

*/s/ Dave Nelson (by permission)*
Dave Nelson
QUINN EMANUEL URQUHART OLIVER
& HEDGES
250 S. Wacker, Suite 230
Chicago, Illinois 60606
Telephone: (312) 463-2961
Fax: (312) 463-2962

*Counsel for Oracle Corp. and Oracle USA, Inc.*

**CERTIFICATE OF SERVICE**

    The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 19th day of November, 2009.

                                        Eric M. Albritton