# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ALOFT MEDIA, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 6:09-CV-303 (LED) |
| v. ) | |
| ) | JURY TRIAL DEMANDED |
| ORACLE CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL

Plaintiff Aloft Media LLC and Defendants Oracle Corporation and Oracle USA, Inc. have filed a Stipulated Order of Dismissal, dismissing with prejudice all claims Aloft Media, LLC has against Oracle Corporation and Oracle USA, Inc. and dismissing Oracle Corporation and Oracle USA, Inc. from the above captioned action.

IT IS SO ORDERED, Oracle Corporation and Oracle USA, Inc are dismissed from the above captioned action. Each side will bear its own fees and costs.