# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **ALOFT MEDIA, LLC,** | |
| **Plaintiff,** | Civil Action No. 6:09-cv-303 |
| v. | |
| **SAP AG,** <br> **SAP AMERICA, INC.,** <br> **ORACLE CORPORATION,** <br> **ORACLE USA, INC.,** <br> **GOOGLE, INC.,** <br> **YAHOO!, INC., AND** <br> **PROLIFICS, LLC,** | **JURY TRIAL DEMANDED** |
| **Defendants.** | |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, J. Mike Amerson, of Williams, Morgan & Amerson, P.C., is entering an appearance in this matter for Plaintiff Aloft Media, LLC for the purpose of receiving notices and orders from the Court.

DATED: December 8, 2009　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　By: /s/ J. Mike Amerson
　　　　　　　　　　　　　　　　　　　　　　J. Mike Amerson
　　　　　　　　　　　　　　　　　　　　　　Texas State Bar No. 01150025
　　　　　　　　　　　　　　　　　　　　　　WILLIAMS, MORGAN & AMERSON, P.C.
　　　　　　　　　　　　　　　　　　　　　　10333 Richmond, Suite 1100
　　　　　　　　　　　　　　　　　　　　　　Houston, Texas 77042
　　　　　　　　　　　　　　　　　　　　　　Telephone: (713)934-7000
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (713) 934-7011
　　　　　　　　　　　　　　　　　　　　　　E-mail: mike@wmalaw.com

1

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by facsimile transmission and/or first class mail this 8th day of December, 2009.

                                                                       __/s/ Connie Kuykendall_____